IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIANGSU BEIER DECORATION MATERIALS CO., LTD., | : : | |
| Petitioner, | : | CIVIL ACTION |
| | : | No. 21-2845 |
| v. | : | |
| | : | |
| ANGLE WORLD LLC, | : | |
| Respondent. | : | |

# ORDER

**AND NOW**, this 28th day of October, 2021, it is **ORDERED** that:

1. Respondent Angle World LLC's Motion to Dismiss, ECF No. 17, is **GRANTED**; and

2. Petitioner Jiangsu Beier Decoration Materials Co., Ltd.'s Petition to Confirm Arbitration Award is **DISMISSED.**

                                                         \_\_s/ANITA B. BRODY, J.\_\_
                                                         ANITA B. BRODY, J.