**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JIANGSU BEIER DECORATION | : | |
| MATERIALS CO., LTD., | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | No. 21-2845 |
| | : | |
| v. | : | |
| | : | |
| ANGLE WORLD LLC, | : | |
| | : | |
| Respondent. | : | |

## <u>ORDER</u>

**AND NOW**, this 18th day of July, 2023, it is **ORDERED** that the Renewed Petition to Confirm Arbitration Award (ECF 35) is **DENIED**. The Cross-Motion for Summary Judgment (ECF 37) is **DENIED** as moot. The Clerk of Court is respectfully directed to close the above-captioned case.

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.

1